**SO ORDERED: July 26, 2022.**



_____
Jeffrey J. Graham
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| Aearo Technologies LLC, *et al.*,[1] ) | Chapter 11 |
| ) | |
| Debtors. ) | Case No. 22-02890-JJG-11 |
| ) | |
| ) | |
| 3M OCCUPATIONAL SAFETY LLC, ) | |
| AEARO HOLDING LLC, AEARO ) | |
| INTERMEDIATE LLC, AEARO LLC, ) | |
| AND AEARO TECHNOLOGIES LLC, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Adv. Pro. No. 22-50059 |
| ) | |
| THOSE PARTIES LISTED ON ) | |
| APPENDIX A TO THE COMPLAINT ) | |
| and JOHN AND JANE DOES 1-1000, ) | |
| ) | |
| Defendants. ) | |
| ) | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are set forth in the *Debtors' First Day Motion for Entry of an Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief*, filed contemporaneously herewith. The location of the Debtors' service address for the purposes of these chapter 11 cases is: 7911 Zionsville Road, Indianapolis, Indiana 46268.

**ORDER ON DEBTORS' *EX PARTE* MOTION TO SHORTEN NOTICE AND SET AN EXPEDITED HEARING ON THE DEBTORS' REQUEST FOR A TEMPORARY RESTRAINING ORDER**

This matter came before the Court on the *Debtors' Ex Parte Motion for Entry of an Order Shortening Notice and Setting an Expedited Hearing on the Debtors' Request for a Temporary Restraining Order* (the "**Motion**"), filed by the debtors and debtors in possession in the above-captioned chapter 11 cases that are plaintiffs in the above-captioned adversary proceeding; and the Court finds that (a) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) venue is proper in this district pursuant to 28 U.S.C. § 1409, (c) this is a core proceeding under 28 U.S.C. § 157(b)(2), (d) *ex parte* relief is appropriate, (e) the relief requested in the Motion is in the best interest of the Debtors, their estates, creditors, and any party in interest, and (f) the exigency of the situation justifies an emergency hearing as set forth below; and the Court hereby determines that the legal and factual bases set forth in the Motion establish just cause for the *ex parte* relief granted herein;

IT IS HEREBY ORDERED THAT:

1.  The Motion is GRANTED.

2.  An emergency hearing (the "**Hearing**") shall be held before the Honorable Judge Jeffery J. Graham on **Wednesday, July 27, 2022 at 9:30 a.m. (Eastern Time)**, at the United States Bankruptcy Court for the Southern District of Indiana, Indianapolis Division, 46 East Ohio Street, Indianapolis, IN 46204, in Courtroom 344, to consider the portion of the *Debtors' Motion for Declaratory and Injunctive Relief (I) Confirming that the Automatic Stay Applies to Certain Actions Against a Non-Debtor; (II) Preliminarily Enjoining Certain Actions Against a Non-Debtor; and (III) Granting a Temporary Restraining Order Pending an Order on the Preliminary Injunction* (the "**Injunction Motion**") that seeks a temporary restraining order. **NOTE: ALL PERSONS ATTENDING THE HEARING IN PERSON MUST WEAR A MASK AT ALL**

**TIMES UNLESS ADDRESSING THE COURT OR AS OTHERWISE PERMITTED BY JUDGE GRAHAM.**

3. Parties may participate in the Hearing by Zoom using the following link: https://www.zoomgov.com/j/16023126397. Those who wish to listen, but not actively participate, may do so by phone: Phone: 551−285−1373 or 646−828−7666; Meeting ID: 160 2312 6397.

4. The notice period for the Injunction Motion is hereby shortened so that the Court can consider the request for a temporary restraining order at the Hearing.

5. Any objections to the Debtors' request for a temporary restraining order must be filed prior the hearing scheduled herein, electronically at www.insb.uscourts.gov, or delivered, in writing, to the Clerk of the Bankruptcy Court, 46 E. Ohio Street, Room 116, Indianapolis, IN 46204. A hearing on the Debtors' request for a preliminary injunction will be set at a later date, and a new objection deadline with be imposed for that hearing. The address for the Clerk of the Court is 116 U.S. Courthouse 46 E Ohio St Rm 116 Indianapolis, IN 46204.

6. No further or other notice of the Motion or the Hearing is necessary under the circumstances.

7. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

# # #