UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, IN 46204

B2500A (rev 03/2022)

In re:

**Aearo Technologies LLC**,
    Debtor.

Case No. **22–02890–JJG–11**

**Aearo Technologies LLC**,
**3M Occupational Safety LLC**,
**Aearo Holding LLC**,
et al.,
    Plaintiffs,
  vs.
**Those Parties Listed on Appendix A to the Complain**,
    Defendant.

Adv. Proc. No. **22–50059**

All documents regarding this matter must be identified by both adversary and bankruptcy case numbers.

### SUMMONS IN AN ADVERSARY PROCEEDING

A complaint under Title 11 of the U.S. Code was filed against you in this Court on July 26, 2022, by Plaintiffs Aearo Technologies LLC, 3M Occupational Safety LLC, Aearo Holding LLC, and et al.

**YOU ARE SUMMONED** and required to file a motion or answer to the attached complaint within **30 days** after the issuance of this summons.

**ANSWER DUE:** August 25, 2022

You must serve a copy of the motion or answer on the plaintiff's attorney. If you file a motion, your time to answer is determined by Fed.R.Bankr.P. 7012.

**Plaintiff's attorney:**

Jeffrey A Hokanson
One American Square
Suite 2900
Indianapolis, IN 46282–0200

**You may have the right to have your case decided by the district court. Your failure to respond timely will be deemed your consent to entry of judgment by the bankruptcy court, and judgment by default may be taken against you for the relief demanded in the complaint.**

/s/ Eric R. Kleis
Clerk, U.S. Bankruptcy Court

Dated: July 26, 2022

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, IN 46204

B2500A (rev 03/2022)

In re:

**Aearo Technologies LLC**,
        Debtor.

**Aearo Technologies LLC**,
**3M Occupational Safety LLC**,
**Aearo Holding LLC**,
et al.,
        Plaintiffs,
  vs.

**Those Parties Listed on Appendix A to the Complain**,
        Defendant.

Case No. **22–02890–JJG–11**

Adv. Proc. No. **22–50059**

A PDF fillable Certification of Service is available at www.insb.uscourts.gov/webforms/newlaw/cs.pdf.

## CERTIFICATE OF SERVICE
## REGARDING SUMMONS IN AN ADVERSARY PROCEEDING

I, _____ (name), certify that I am, and at all times during the service of the summons was, not less than 18 years of age and not a party to these cases. I further certify that the service of this summons and a copy of the complaint were made on _____ (date), by one of the following methods:

- ☐ **Mail Service**: By regular, first class U.S. mail, and postage fully prepaid. (**List names/addresses below.**)
- ☐ **Personal Service**: By leaving the summons with the defendant or with an officer or agent of the defendant. (**List names/addresses below.**)
- ☐ **Residence Service**: By leaving the summons with an adult. (**List names/addresses below.**)
- ☐ **Certified Mail Service on an Insured Depository Institution**: By sending the summons by certified mail addressed to the defendant. (**List names/addresses below.**)
- ☐ **Publication**: By serving the defendant as outlined in the space below.
- ☐ **State Law**: By serving the defendant pursuant to the laws of the State of _____ (U.S. state) as outlined in the space below.

**LIST NAMES AND ADDRESSES OR BRIEF DESCRIPTION OF HOW DEFENDANT WAS SERVED:**

**Under penalty of perjury, I declare that the foregoing is true and correct.**

_____    _____    _____
Signature                                      Date                                         Business Address

_____                                       _____
Printed Name                                                                       Business City, State, and Zip