**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| AEARO TECHNOLOGIES LLC, *et al.*,[1] | Case No. 22-02890-JJG-11 |
| Debtor. | (Jointly Administered) |
| 3M OCCUPATIONAL SAFETY, LLC, *et al.*, | |
| Plaintiffs, | Adv. Proc. No. 22-50059 |
| vs. | |
| THOSE PARTIES LISTED ON APPENDIX A TO THE COMPLAINT, *et al.*, | |
| Defendants. | |

## <u>NOTICE OF APPEARANCE</u>

Deborah J. Caruso, with the law firm of Rubin & Levin, P.C., hereby enters her appearance in this adversary proceeding on behalf of Seeger Weiss LLP, whose attorneys include Christopher A. Seeger, Co-Lead Plaintiffs' counsel and member of Plaintiffs' Executive Committee and David R. Buchanan, Co-Chair of the Plaintiffs' Steering Committee, in the Multidistrict Litigation styled *In re 3M Combat Arms Earplug Products Liability* Litigation, Case No. 19-2885 (N.D. Fla.) which represents the interest of approximately 235,000 claimants.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are set forth in the *Debtors' First Day Motion for Entry of an Order (I) Directing Joint Administration of*

Respectfully submitted,

RUBIN & LEVIN, P.C.

Date:  July 27, 2022                    By: /s/ Deborah J. Caruso
                                             Deborah J. Caruso

                                        Deborah J. Caruso, Esq.
                                        RUBIN & LEVIN, P.C.
                                        135 N. Pennsylvania Street, Suite 1400
                                        Indianapolis, Indiana 46204
                                        Tel: (317) 860-2867
                                        Fax: (317) 453-8616
                                        Email: dcaruso@rubin-levin.net

                                        *Counsel for Seeger Weiss LLP*

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2022, a copy of the foregoing *Notice of Appearance* was filed electronically.  Notice of this filing will be sent to the following party/parties through the Court's Electronic Case Filing System.  Party/parties may access this filing through the Court's system.

Jeffrey A Hokanson    jeff.hokanson@icemiller.com,
bgnotices@icemiller.com,david.young@icemiller.com
Robert J Pfister    rpfister@ktbslaw.com
U.S. Trustee    ustpregion10.in.ecf@usdoj.gov

I further certify that on July 27, 2022, a copy of the foregoing *Notice of Appearance* was mailed by first-class U.S. Mail, postage prepaid and properly addressed, to the following:

None.

                                        /s/ Deborah J. Caruso
                                        Deborah J. Caruso

G:\WP80\GENLIT\Seeger Weiss\Adversary Proceedings\Aearo LLC v. Parties on Appendix A (22-50059)\Drafts\appearance djc.doc

*Chapter 11 Cases and (II) Granting Related Relief*, filed contemporaneously herewith.  The location of the Debtors' service address for purposes of these chapter 11 cases is:  7911 Zionsville Road, Indianapolis, Indiana 46268.