IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Aearo Technologies LLC, *et al.*,[1] | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Case No. 22-02890-JGG-11 |
| | ) | |
| | ) | |
| 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AND AEARO TECHNOLOGIES LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Adv. Pro. No. 22-50059 |
| | ) | |
| THOSE PARTIES LISTED ON APPENDIX A TO THE COMPLAINT and JOHN AND JANE DOES 1-1000, | ) | |
| | ) | |
| Defendants. | ) | |

**AMENDED NOTICE OF HEARING ON
DEBTORS' MOTION FOR PRELIMINARY INJUNCTION**

    **PLEASE TAKE NOTICE** that on July 26, 2022, the above-captioned debtors and debtors in possession (the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 with the United States Bankruptcy Court for the Southern District of Indiana, Indianapolis Division.

    **PLEASE TAKE FURTHER NOTICE** that on July 26, 2022, the Debtors filed the *Debtors' Motion for Declaratory and Injunctive Relief (I) Confirming That the Automatic Stay Applies to Certain Actions Against A Non-Debtor; (II) Preliminarily Enjoining Certain Actions Against A Non-Debtor; and (III) Granting A Temporary Restraining Order Pending an Order on the Preliminary Injunction* [Adv. Pro. Docket No. 2] (the "Preliminary Injunction Motion") in this case. A hearing has been scheduled for **August 15, 2022, at 9:00 a.m. (prevailing Eastern Time)**, before Chief Judge Jeffrey J. Graham in Room 307 of the Birch Bayh Federal Building

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are set forth in the *Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief* [Docket Nos. 37–42]. The location of the Debtors' service address for the purposes of these Chapter 11 Cases is: 7911 Zionsville Road, Indianapolis, Indiana 46268

and United States Courthouse, 46 East Ohio Street, Indianapolis, Indiana 46204.  **NOTE:  ALL PERSONS ATTENDING THE HEARING IN PERSON MUST WEAR A MASK AT ALL TIMES UNLESS ADDRESSING THE COURT OR AS OTHERWISE PERMITTED BY CHIEF JUDGE GRAHAM.**  You may participate in the hearing via audio and video connection.

**PLEASE TAKE FURTHER NOTICE** that interested parties may participate in the hearing via Zoom, using this link:

https://www.zoomgov.com/j/16023126397.

**PLEASE TAKE FURTHER NOTICE** that parties that wish to listen to the hearing, but not actively participate, may do so by phone:

Phone:  551-285-1373 or 646-828-7669

Meeting ID:  160 2312 6397

**PLEASE TAKE FURTHER NOTICE that *your rights may be affected*.  You should read the applicable pleadings carefully and discuss them with your attorney, if you have one, in connection with the chapter 11 case.  (If you do not have an attorney, you may wish to consult with one.)**

**PLEASE TAKE FURTHER NOTICE** that any objections, responses, pleadings, or other submissions related to entry of a final order on the Preliminary Injunction Motion shall be filed on or before  **August 11, 2022, at 4:00 p.m., (prevailing Eastern Time)**.  Objections, responses, pleadings, or other submissions may be filed electronically at www.insb.uscourts.gov, or delivered, in writing, to the Clerk of the Bankruptcy Court, 46 E. Ohio Street, Room 116, Indianapolis, IN 46204.

[*Remainder of page intentionally left blank*]

Indianapolis, Indiana
Dated:  August 2, 2022

*/s/ Jeffrey Hokanson*

| | |
|---|---|
| **ICE MILLER LLP** | **KIRKLAND & ELLIS LLP** |
| Jeffrey A. Hokanson (Ind. Atty. No. 14579-49) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| John C. Cannizzaro (Ohio Atty. No. 85161) | Edward O. Sassower, P.C. (*pro hac vice* pending) |
| Connor Skelly (Ind. Atty. No. 35365-06) (*pro hac vice* pending) | Emily Geier (*pro hac vice* pending) |
| One American Square, Suite 2900 | 601 Lexington Avenue |
| Indianapolis, IN 46282-0200 | New York, New York 10022 |
| Telephone:   (317) 236-2100 | Telephone:   (212) 446-4800 |
| Facsimile:   (317) 236-2219 | Facsimile:   (212) 446-4900 |
| Email:        Jeff.Hokanson@icemiller.com | Email:        edward.sassower@kirkland.com |
|                     John.Cannizzaro@icemiller.com |                     emily.geier@kirkland.com |
|                     Connor.Skelly@icemiller.com | |
| | - and - |
| *Proposed Co-Counsel to the Debtors and Debtors in Possession* | **KIRKLAND & ELLIS LLP** |
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| | Chad J. Husnick, P.C. (*pro hac vice* pending) |
| | Spencer A. Winters (*pro hac vice* pending) |
| | 300 North LaSalle Street |
| | Chicago, Illinois 60654 |
| | Telephone:   (312) 862-2000 |
| | Facsimile:   (312) 862-2200 |
| | Email:        chad.husnick@kirkland.com |
| |                     spencer.winters@kirkland.com |
| | |
| | *Proposed Co-Counsel to the Debtors and Debtors in Possession* |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2022, a copy of the *Notice of Hearing on Debtors' Motion to Enforce the Automatic Stay* was filed electronically. Notice of this filing will be sent to all necessary parties via the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Dated: August 2, 2022             */s/ Jeffrey Hokanson*
                                   Jeffrey A. Hokanson