UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, IN 46204

SF00200 (rev 11/2020)

In re:

**Aearo Technologies LLC**,
    Debtor.

Case No. **22–02890–JJG–11**

Adv. Proc. No. **22–50059**

**Aearo Technologies LLC**,
**3M Occupational Safety LLC**,
**Aearo Holding LLC**,
et al.,
    Plaintiffs,

  vs.

**Parties Listed on Appendix A to the Complaint**,
    Defendant.

## NOTICE OF STATUS CONFERENCE

A Joint Request for Status Conference was filed on August 5, 2022, by Interested Party 3M Company, Interested Party Cory Watson, P.C., Interested Party Aylstock, Witkin, Kreis & Overholtz, PLLC, Plaintiff Aearo Technologies LLC, Plaintiff Aearo LLC, Plaintiff Aearo Intermediate LLC, Plaintiff Aearo Holding LLC, Plaintiff 3M Occupational Safety LLC, Interested Party Seeger Weiss LLP, Interested Party Bailey Glasser Plaintiffs, and Interested Party Heninger Garrison Davis, LLC. The Court, after reviewing this document, determines that a status conference is required.

    Regarding certain discovery matters related to Debtors Motion for Declaratory and Injunctive Relief (I) Confirming that the Automatic Stay Applies to Certain Actions Against a Non–Debtor; (II) Preliminarily Enjoining Certain Actions Against a Non–Debtor; and (III) Granting a Temporary Restraining Order Pending on the Preliminary Injunction

**NOTICE IS GIVEN** that a status conference will be held as follows:

    Date:      August 8, 2022
    Time:     02:00 PM Eastern
    Place:     Video Conference at https://www.zoomgov.com/j/16023126397

Those who wish to listen, but not actively participate, may do so by phone:

    Phone:     551–285–1373 or 646–828–7666
    Meeting ID: 160 2312 6397

Any party appearing by video or phone must connect to the hearing from a quiet location, not use a speakerphone, and mute the connection when not speaking. All participants are further reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by

the Court.

Motions for continuance must be filed no later than **7 days** prior to the hearing. Motions for continuance filed less than **7 days** prior to the hearing will be granted **only** upon a showing of good cause. Every motion for continuance must indicate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding the request for continuance.

Any referenced document can be found at pacer.insb.uscourts.gov or may be requested from the filing parties.

Dated:  August 5, 2022                              Eric R. Kleis
                                                    Clerk, U.S. Bankruptcy Court