**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In re:<br><br>AEARO TECHNOLOGIES LLC, *et al.*,[1]<br><br>                Debtors.<br><br>3M OCCUPATIONAL SAFETY LLC, *et al.*,<br><br>                Plaintiffs,<br><br>      vs.<br><br>THOSE PARTIES LISTED ON<br>APPENDIX A TO THE COMPLAINT, *et al.*,<br><br>                Defendants. | Chapter 11<br><br>Case No. 22-02890-JJG-11<br><br>Jointly Administered<br><br>Adv. Proc. No. 22-50059 |

**CLAIMANTS' AGREED MOTION TO EXTEND**
**THE TIME TO RESPOND TO DEBTORS' COMPLAINT**

Alystock, Witkin, Kreis & Overholtz PLLC, Seeger Weiss LLP, Quinn Emanuel Urquhart & Sullivan LLP, Clark, Love & Hutson PLLC, Cory Watson, P.C., Heninger Garrison Davis LLC, The Gori Law Firm P.C., Tracey Fox King & Walters, The Johnson Law Group, Weitz & Luxenberg PC, Bailey & Glasser LLP, Keller Postman LLC, Paul LLP, Pulaski Kherkher PLLC, The Monsour Law Firm, Junell & Associates PLLC, Nabers Law Firm PLLC and Robinson Calcagnie, Inc.(collectively, the "Claimants' Counsel"), by themselves or by counsel, request entry of an order, on behalf of their clients listed in Appendix A to the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are set forth in the *Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief*, entered by the Court for each consolidated Debtor [Bankr. ECF Nos. 37–42]. The location of the Debtors' service address for the purposes of these chapter 11 cases is 7911 Zionsville Road, Indianapolis, Indiana 46268.

Complaint, extending the time to file an appropriate motion or pleading in response to the Complaint [Adv. ECF No. 1]. In support of the relief requested, the Claimants' Counsel respectfully state as follows:

1. The Complaint was filed on July 26, 2022 seeking, among other things, an extension of the automatic stay pursuant to section 362(a) of the Bankruptcy Code and a preliminary injunction under section 105(a) of the Bankruptcy Code to enjoin all claimants listed in Appendix A of the Complaint from commencing or continuing their legal actions against 3M Company. The deadline to respond to the Complaint is August 25, 2022.

2. Pursuant to Bankruptcy Rule 9006(b)(1), "the court for cause shown may at any time in its discretion . . . order the period enlarged if the request therefor is made before the expiration of the period originally prescribed or as extended by a previous order . . . ."

3. On August 17, 2022, the Court concluded a three-day evidentiary hearing on the Injunction Motion [Adv. ECF No. 2], after which it took the matter under advisement.

4. The Claimants' Counsel assert that good cause exists, pursuant to Bankruptcy Rule 9006(b)(1), to grant an extension of the deadline to respond to the Complaint. Specifically, (a) a committee of tort claimants has not yet been formed, (b) Claimants' Counsel need additional time to coordinate with other counsel (both for the anticipated committee to be formed and other claimants' counsel) to answer or respond to the Complaint, and (c) the Court's ultimate ruling on the Injunction Motion may moot the need to answer or respond to the Complaint.

5. The Claimants' Counsel request is made before the expiration of the current deadline to respond to the Complaint and is not for the purpose of delay.

6. The Debtors' counsel has agreed to a 45-day extension, to and including October 10, 2022, and has indicated that it does not oppose an extension with respect to any other

claimants listed in Appendix A to the Complaint. Based on this representation, the Claimants' Counsel is also requesting the Court extend the deadline for all claimants listed in Appendix A to the Complaint.

7. Claimants' Counsel are requesting this initial extension by motion pursuant to S.D.Ind. B-7006-1(b) rather than by notice because the requested extension exceeds the 28-day limit set forth in S.D.Ind. B-7006-1(a).

**WHEREFORE**, the Claimants' Counsel request entry of an order substantially in the form attached hereto as **Exhibit A**: (i) extending the time for those listed in Appendix A to the Complaint represented by the Claimants' Counsel to file an appropriate motion or pleading in response to the Complaint to and including October 10, 2022; (ii) granting all other claimants listed in Appendix A to the Complaint similar relief; and (iii) granting all other just and proper relief.

[*Remainder of page intentionally left blank*]

Indianapolis, Indiana
Dated: August 24, 2022

| | |
|---|---|
| */s/ Meredith R. Theisen* | */s/ Robert J. Pfister* |
| Meredith R. Theisen | Robert J. Pfister |

**RUBIN & LEVIN, P.C.**
Deborah J. Caruso
Meredith R. Theisen
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 634-0300
Facsimile: (317) 453-8602
Email: dcaruso@rubin-levin.net
mtheisen@rubin-levin.net

-and-

**OTTERBOURG P.C.**
Melanie L. Cyganowski (*pro hac vice*)
Adam C. Silverstein (*pro hac vice*)
Jennifer S. Feeney (*pro hac vice*)
230 Park Avenue
New York, NY 10169
Telephone: (213) 661-9100
Facsimile: (212) 682-6104
Email: mcyganowski@otterbourg.com
asilverstein@otterbourg.com
jfeeney@otterbourg.com

*Counsel for Seeger Weiss LLP*

**KTBS LAW LLP**
Robert J. Pfister
Michael L. Tuchin (*pro hac vice*)
Thomas E. Patterson (*pro hac vice*)
Sasha M. Gurvitz (*pro hac vice*)
Nir Maoz (*pro hac vice*)
1801 Century Park East, 26th Floor
Los Angeles, CA 90067
Telephone: (310) 407-4000
Facsimile: (310) 407-9090
Email: rpfister@ktbslaw.com
mtuchin@ktbslaw.com
tpatterson@ktbslaw.com
sgurvitz@ktbslaw.com
nmaoz@ktbslaw.com

*Attorneys for Aylstock, Witkin, Kreis & Overholtz, PLLC*

| | |
|---|---|
| */s/ Patricia B. Tomasco* | */s/ Brian A. Glasser* |
| Patricia B. Tomasco | Brian A. Glasser |

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Adam Wolfson (*pro hac vice*)
Eric D. Winston (*pro hac vice*)
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email: adamwolfson@quinnemanuel.com
ericwinston@quinnemanuel.com

-and-

Patricia B. Tomasco (*pro hac vice*)
Patrick King
Joanna Caytas
711 Louisiana, Suite 500

**BAILEY & GLASSER, LLP**
Brian A. Glasser (*pro hac vice*)
D. Todd Matthews (*pro hac vice*)
1055 Thomas Jefferson Street NW, Ste. 540
Washington, DC 20007
Telephone: (202) 463-2101
Email: bglasser@baileyglasser.com
tmatthews@baileyglasser.com

-and-

Kevin W. Barrett (*pro hac vice*)
Maggie B. Burrus (*pro hac vice*)
Katherine E. Charonko
209 Capitol Street
Charleston, WV 25301
Telephone: (304) 345-6555

4

Houston, TX 77002
Telephone:  (713) 221-7000
Facsimile:  (713) 221-7100
Email: pattytomasco@quinnemanuel.com
      patrickking@quinnemanuel.com
      joannacaytas@quinnemanuel.com

    -and-

Matthew S. Hosen (*pro hac vice*)
1109 1st Avenue, Suite 210
Seattle, WA 98101
Telephone:  (206) 905-7004
Facsimile:  (206) 905-7100
Email: matthosen@quinnemanuel.com

*Counsel to the Bellwether Plaintiffs*

*/s/ Kevin C. Maclay*
    Kevin C. Maclay

**CAPLIN & DRYSDALE, CHARTERED**
Kevin C. Maclay (*pro hac vice*)
Todd E. Phillips (*pro hac vice*)
Kevin M. Davis (*pro hac vice*)
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Telephone:  (202) 862-5000
Facsimile:  (202) 429-3301
Email: kmaclay@capdale.com
      tphillips@capdale.com
      kdavis@capdale.com

*Counsel for Certain Claimants Represented by Cory Watson, P.C.; Certain Claimants Represented by Heninger Garrison Davis, LLC; and Certain Claimants Represented by The Gori Law Firm, P.C.*

Facsimile:  (304) 342-1110
Email: kbarrett@baileyglasser.com
      mburrus@baileyglasser.com
      kcharonko@baileyglasser.com

    -and-

David L. Selby II
3000 Riverchase Galleria, Ste. 905
Birmingham, AL 35244
Telephone:  (205) 988-9253
Email: dselby@baileyglasser.com

*Counsel for the Bailey Glasser Plaintiffs*

*/s/ Tristan Manthey*
    Tristan Manthey

**FISHMAN HAYGOOD, L.L.P.**
Brent B. Barriere (*pro hac vice*)
Tristan Manthey (*pro hac vice*)
Cherie D. Nobles (*pro hac vice*)
Jason W. Burge (*pro hac vice*)
201 St. Charles Avenue, 46th Floor
New Orleans, LA 70170
Telephone:  (504) 586-5252
Facsimile:  (504) 586-5250
Email: bbarriere@fishmanhaygood.com
      tmanthey@fishmanhaygood.com
      cnobles@fishmanhaygood.com
      jburge@fishmanhaygood.com

*Counsel for Clark, Love & Hutson, PLLC*

| | |
|---|---|
| */s/ Martha R. Lehman* | */s/ Andrew T. Kight* |
| Martha R. Lehman | Andrew T. Kight |

**SMITHAMUNDSEN, LLC**
Martha R. Lehman
Mark R. Wenzel
201 North Illinois Street, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 464-4100
Facsimile: (317) 464-4101
Email: mlehman@smithamundsen.com
      mwenzel@smithamundsen.com

*Counsel for Tracey Fox King & Walters and The Johnson Law Group*

**JACOBSON HILE KIGHT LLC**
Andrew T. Kight
Michael W. Hile
The Elliott House
108 E. 9th Street
Indianapolis, IN 46202
Telephone: (317) 608-1131
Email: akight@jhklegal.com
      mhile@jhklegal.com

*Counsel for Weitz & Luxenberg, PC*

| | |
|---|---|
| */s/ Ashley C. Keller* | */s/ Syed Ali Saeed* |
| Ashley C. Keller | Syed Ali Saeed |

**KELLER POSTMAN LLC**
Ashley C. Keller (*pro hac vice*)
Nicole C. Berg (*pro hac vice*)
Ashley Barriere (*pro hac vice*)
Frank G. Dylewski (*pro hac vice*)
Amanda Hunt (*pro hac vice*)
150 N. Riverside Plaza, Suite 4100
Chicago, IL 60606
Telephone: (312) 741-5220
Facsimile: (312) 971-3502
Email: ack@kellerpostman.com
      ncb@kellerpostman.com
      ashley.barriere@kellerpostman.com
      frank.dylewski@kellerpostman.com
      amanda.hunt@kellerpostman.com

*Counsel for Keller Postman Plaintiffs*

**SAEED & LITTLE**
Syed Ali Saeed
8777 Purdue Road, Suite 225
Indianapolis, IN 46268
Telephone: (317) 721-9214
Email: ali@sllawfirm.com

-and-

**PAUL LLP**
Richard M. Paul III (*pro hac vice*)
601 Walnut Street, Suite 300
Kansas City, MO 64106
Telephone: (816) 984-8100
Email: rick@paulllp.com

*Counsel for Paul LLP*

| | |
|---|---|
| */s/ Adam Pulaski* | */s/ Mark P. Robinson Jr.* |
| Adam Pulaski | Mark P. Robinson Jr. |

**PULASKI KHERKHER, PLLC**
Adam Pulaski
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
Telephone: (703) 664-4555
Facsimile: (703) 664-7543
Email: adam@pulaskilawfirm.com

*Counsel for the Pulaski Kherkher Plaintiffs*

**ROBINSON CALCAGNIE, INC.**
Mark P. Robinson Jr.
19 Corporate Plaza Drive
Newport Beach, CA 92660
Telephone: (949) 720-1288
Email: mrobinson@robinsonfirm.com

*Counsel for the Robinson Calcagnie Plaintiffs*

6

| | |
|---|---|
| */s/ Rachel C. Strickland* | */s/ Deborah K. Levy* |
|     Rachel C. Strickland |     Deborah K. Levy |

| | |
|---|---|
| **WILLKIE FARR & GALLAGHER LLP** | **JUNELL & ASSOCIATES, PLLC** |
| Rachel C. Strickland (*pro hac vice*) | Deborah K. Levy (*pro hac vice*) |
| 787 Seventh Avenue | Karen H. Beyea-Schroeder (*pro hac vice*) |
| New York, NY 10019 | 3737 Buffalo Speedway, 18th Floor |
| Telephone: (212) 728-8544 | Houston, TX 77098 |
| Facsimile: (212) 728-8111 | Telephone: (713) 221-3750 |
| Email: rstrickland@willkie.com | Facsimile: (832) 787-1027 |
| | Email: dlevy@junell-law.com |
| *Counsel for The Monsour Law Firm* |        kschroeder@junell-law.com |
| | *Counsel for the Junell & Associates Plaintiffs* |

*/s/ Joseph Scott Nabers*
    Joseph Scott Nabers

**NABERS LAW FIRM, PLLC**
Joseph Scott Nabers
Katerina Dimitrakakos
3737 Buffalo Speedway, Suite 1850
Houston, TX 77098
Telephone: (713) 422-1200
Facsimile: (713) 422-1210
Email: snabers@naberslaw.com
      kathy@naberslaw.com

*Counsel for the Nabers Law Firm Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 24, 2022 a copy of the foregoing *Claimants' Agreed Motion to Extend the Time to Respond to Debtors' Complaint* was filed electronically. Notice of this filing was sent to parties through the Court's Electronic Case Filing System, which includes all parties in the Core Group other than those listed below. Parties may access this filing through the Court's system.

      I further certify that on August 24, 2022, a copy of the foregoing *Claimants' Agreed Motion to Extend the Time to Respond to Debtors' Complaint* was mailed by first-class U.S. Mail, postage prepaid, or electronic mail as indicated and properly addressed to the following remaining parties in the Core Group:

| | |
|---|---|
| **United States Department of Defense** | **United States Department of Veterans Affairs** |
| Attn: Robert Wald | Attn: Shaquana L. Cooper |
| United States Army Legal Services Agency | Information & Administrative Law Group 810 |
| Gunston Road 9275 | Vermont Avenue, NW, 11th Floor |
| Fort Belvoir, VA 22060 | Washington, DC 20420 |

7

**Watts Guerra LLP**
Attn: Mikal Watts, David Vincent Mclendon & Erin Rogiers
Email: mcwatts@wattsguerra.com
dmclendon@wattsguerra.com
erogiers@wattsguerra.com

**Pulaski Kherkher, PLLC**
Attn: Adam Pulaski
Email: adam@pulaskilawfirm.com

**Bailey Cowan Heckaman PLLC**
Attn: Aaron M. Heckaman, Kenneth Camp Bailey & Robert W. Cowan
Email: sbuchanon@bchlaw.com
bailey-svc@bchlaw.com
rcowan@bchlaw.com

**Nabers Law Firm, PLLC**
Attn: Joseph Scott Nabers & Katerina Dimitrakakos
Email: snabers@naberslaw.com
kathy@naberslaw.com

**Danziger & De Llano, LLP**
Attn: Paul Danziger, Rodrigo De Llano
Email: paul@dandell.com
filings@dandell.com

**Kirkendall Dwyer LLP**
Attn: Blair Bertram Matyszcyk & Kelley U. Owens
Email: bmatyszczyk@kirkendalldwyer.com
keowens@kirkendalldwyer.com

**Weitz & Luxenberg, PC**
c/o Andrew T. Kight & Michael W. Hile
Email: akight@jhklegal.com
mhile@jhklegal.com

**Thomas J. Henry Law PLLC**
Attn: Thomas J. Henry, Roger L. Turk & Lesley Catherine Paniszczyn
Email: tjh.3m@thomasjhenrylaw.com
rlt.3m@thomasjhenrylaw.com
lpan.3m@thomasjhenrylaw.com

**Douglas & London, P.C.**
Attn: Michael A. London & Virginia E. Anello
Email: mlondon@douglasandlondon.com
vanello@douglasandlondon.com

**Junell & Associates, PLLC**
Attn: Deborah K. Levy & Karen H. Beyea-Schroeder
Email: dlevy@junell-law.com
kschroeder@junell-law.com

**Morgan & Morgan PA**
Attn: Paul J. Pennock, Panagiotis V. Albanis & Jonathan M. Sedgh
Email: ppennock@forthepeople.com
palbanis@forthepeople.com
jsedgh@forthepeople.com

**Abraham, Watkins, Nichols, Sorrels, Agosto & Aziz**
Attn: Muhammed S. Aziz
Email: jdean@abrahamwatkins.com

**The Monsour Law Firm**
c/o Rachel C. Strickland
Email: rstrickland@willkie.com

**Robinson Calcagnie, Inc.**
Attn: Mark P. Robinson Jr.
Email: mrobinson@robinsonfirm.com

*/s/ Meredith R. Theisen*
Meredith R. Theisen