# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| AEARO TECHNOLOGIES LLC, *et al.*,[1] | Case No. 22-02890-JJG-11 |
| Debtors. | (Jointly Administered) |
| 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AND AEARO TECHNOLOGIES LLC, | |
| Plaintiffs, | Adv. Pro. No. 22-50059 |
| v. | |
| THOSE PARTIES LISTED ON APPENDIX A TO THE COMPLAINT and JOHN AND JANE DOES 1-1000, | |
| Defendants. | |

## NOTICE OF APPEAL

Pursuant to 28 U.S.C. §158(a) and Federal Rule of Bankruptcy Procedure 8002, notice is hereby given that Plaintiffs 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC appeal from the *Order Denying Plaintiffs' Motion for Preliminary Injunction* [Adv. Pro. No. 22-50059] (the "Order") entered August 26, 2022, attached hereto as **Exhibit A**, including any and all judgments, decrees, rulings,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are set forth in the *Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief*, entered by the Court for each consolidated Debtor [Docket Nos. 37–42]. The location of the Debtors' service address for the purposes of these chapter 11 cases is: 7911 Zionsville Road, Indianapolis, Indiana 46268.

and opinions that merged into and became part of that Order, that shaped the Order, that are related to that Order, or upon which that Order is based.

The parties to the Order and the names, addresses, and telephone numbers of their respective counsel are as follows:

**PLAINTIFFS-APPELLANTS**

| | |
|---|---|
| 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC | **KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Edward O. Sassower, P.C.<br>Emily Geier<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br><br>Chad J. Husnick, P.C.<br>Spencer A. Winters<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br><br>**ICE MILLER LLP**<br>Jeffrey A. Hokanson<br>Adam Arceneaux<br>One American Square, Suite 2900<br>Indianapolis, IN 46282-0200<br>Telephone: (317) 236-2100 |

**DEFENDANTS-APPELLEES**

| | |
|---|---|
| Those Parties Listed on Appendix A to the Complaint and John and Jane Does 1-1000 | **KTBS LAW LLP**<br>Michael L. Tuchin<br>Thomas E. Patterson<br>Robert J. Pfister<br>Sasha M. Gurvitz<br>Nir Maoz<br>1801 Century Park East, 26th Floor<br>Los Angeles, California 90067<br>Telephone: (310) 407-4000<br><br>**RUBIN & LEVIN, P.C.**<br>Deborah J. Caruso<br>Meredith R. Theisen<br>135 N. Pennsylvania Street, Suite 1400<br>Indianapolis, Indiana 46204 |

2

Telephone: (317) 860-2867

**OTTERBOURG P.C.**
Melanie L. Cyganowski
Adam C. Silverstein
Jennifer S. Feeney
230 Park Avenue
New York, New York 10169
Telephone: (213) 661-9100

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Adam Wolfson
Eric D. Winston
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000

Patricia B. Tomasco
711 Louisiana, Suite 500
Houston, Texas 77002
Telephone: (713) 221-7000

Matthew S. Hosen
1109 1st Avenue, Suite 210
Seattle, Washington 98101
Telephone: (703) 674-8231

**FISHMAN HAYGOOD, L.L.P.**
Brent B. Barriere
Tristan Manthey
Cherie D. Nobles
Jason W. Burge
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana 70170-4600
Telephone: (504) 586-5252

**CAPLIN & DRYSDALE, CHARTERED**
Kevin C. Maclay
Todd E. Phillips
Kevin M. Davis
One Thomas Circle, NW, Suite 1100
Washington, District of Columbia 20005
Telephone: (202) 862-5000

**SMITHAMUNDSEN, LLC**
Martha R. Lehman
Mark R. Wenzel
201 North Illinois Street, Suite 1400

3

        Indianapolis, Indiana 46204
        Telephone: (317) 464-4100

        **JACOBSON HILE KIGHT LLC**
        Michael W. Hile
        Andrew T. Kight
        The Elliott House
        108 E. 9th Street Indianapolis, Indiana 46202
        Telephone: (317) 608-1131

        **KELLER POSTMAN LLC**
        Ashley C. Keller
        Nicole C. Berg
        150 North Riverside Plaza, Suite 4100
        Chicago, IL 60606
        Telephone: (312) 741-5220

Indianapolis, Indiana
Dated: August 29, 2022

*/s/ Jeffrey A. Hokanson*

| | |
|---|---|
| **ICE MILLER LLP** | **KIRKLAND & ELLIS LLP** |
| Jeffrey A. Hokanson (Ind. Atty. No. 14579-49) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Adam Arceneaux (Ind. Atty. No. 17219-49) | Edward O. Sassower, P.C. (admitted *pro hac vice*) |
| One American Square, Suite 2900 | Emily Geier (admitted *pro hac vice*) |
| Indianapolis, IN 46282-0200 | 601 Lexington Avenue |
| Telephone:   (317) 236-2100 | New York, New York 10022 |
| Facsimile:   (317) 236-2219 | Telephone:   (212) 446-4800 |
| Email:   Jeff.Hokanson@icemiller.com | Facsimile:   (212) 446-4900 |
|        Connor.Skelly@icemiller.com | Email:   edward.sassower@kirkland.com |
| |        emily.geier@kirkland.com |

        - and -

        **KIRKLAND & ELLIS LLP**
        **KIRKLAND & ELLIS INTERNATIONAL LLP**
        Chad J. Husnick, P.C. (admitted *pro hac vice*)
        Spencer A. Winters (admitted *pro hac vice*)
        300 North LaSalle Street
        Chicago, Illinois 60654
        Telephone:   (312) 862-2000
        Facsimile:   (312) 862-2200
        Email:   chad.husnick@kirkland.com
                spencer.winters@kirkland.com