# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

October 12, 2022

*Before*
DIANE S. SYKES, *Chief Judge*
DIANE P. WOOD, *Circuit Judge*
THOMAS L. KIRSCH II, *Circuit Judge*

| | |
|---|---|
| No. 22-2606 | IN RE: AEARO TECHNOLOGIES LLC, et al.,<br>        Debtors - Appellants<br>-------------------------------<br>AEARO TECHNOLOGIES LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, and 3M OCCUPATIONAL SAFETY LLC,<br>        Appellants<br><br>v.<br><br>THOSE PARTIES LISTED ON APPENDIX A TO THE COMPLAINT and JOHN & JANE DOES, 1-1000,<br>        Appellees |
| **Originating Case Information:** | |
| Bankruptcy Case No: 22-50059<br>Southern District of Indiana, Indianapolis Division-BK<br>Bankruptcy Judge Jeffrey J. Graham | |

The following are before the court:

1. **PETITION FOR AUTHORIZATION OF DIRECT APPEAL UNDER 28 U.S.C. §158(d)(2)**, filed on September 23, 2022, by counsel for the petitioners.

2. **ANSWER OF CAE COMMITTEE IN OPPOSITION TO PETITION FOR DIRECT APPEAL UNDER 28 U.S.C. §158(d)(2)**, filed on October 3, 2022, by counsel for CAE Committee.

Case 22-50059    Doc 225    Filed 10/12/22    EOD 10/13/22 09:51:30    Pg 2 of 2
Case: 22-2606    Document: 14    Filed: 10/12/2022    Pages: 2

No. 22-2606                                                                                          Page 2

3.  **OBJECTION TO PETITION FOR AUTHORIZATION OF DIRECT APPEAL UNDER 28 U.S.C. §158(d)(2)**, filed on October 3, 2022, by counsel for the Bellwether Plaintiffs, Adkins and Vaughn and Certain Defendants.

4.  **REPLY IN SUPPORT OF PETITION FOR AUTHORIZATION OF DIRECT APPEAL UNDER 28 U.S.C. §158(d)(2)**, filed on October 6, 2022, by counsel for the petitioners.

**IT IS ORDERED** that the petition is **GRANTED**. The appellants shall pay the required appellate fees to the clerk of the bankruptcy court within 14 days from the entry of this order pursuant to Federal Rule of Appellate Procedure 5(d)(1).

form name: **c7_Order_3J**    (form ID: **177**)